NEW PALTZ, HIGHLAND AND POUGHKEEPSIE TRACTION
COMPANY, Appellant, *v.* THE COUNTY OF ULSTER,
Defendant, and THE TOWN OF LLOYD, Respondent.

*Appeal — motion to dismiss appeal for failure to prosecute denied.*

Reported below, 202 App. Div. 234.
(Submitted June 5, 1923; decided June 12, 1923.)

MOTION to dismiss an appeal from a judgment, entered
July 24, 1922, upon an order of the Appellate Division

of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff and against defendant, respondent, and directing a dismissal of the complaint as to said defendant, respondent.

The motion was made upon the ground of failure to prosecute the appeal.

*John W. Eckert* for motion.

*Benjamin E. Messler* opposed.

Motion denied, with ten dollars costs.